[Civ. No. 1817. Third Appellate District.—January 24, 1918.]

# E. E. NEAL, Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION, Respondent.

WORKMEN'S COMPENSATION ACT — REVIEW OF PROCEEDINGS DENYING REHEARING—TIME FOR FILING APPLICATION.—Under section 67 (a) of the Workmen's Compensation, Insurance and Safety Act of 1917 (Stats. 1917, p. 875), providing that within thirty days after the application for a rehearing is denied, or, if the application is granted, within thirty days after the rendition of the decision on the rehearing, any party affected may apply to the supreme court or to the district court of appeal for a writ of *certiorari* or review, for the purpose of having the lawfulness of the rehearing inquired into and determined, an application for a writ of *certiorari* filed January 24, 1918, to review an order of the Industrial Accident Commission denying a petition for rehearing made and entered on December 22, 1917, comes too late, and the writ must be denied.

APPLICATION for a Writ of Certiorari to review proceedings denying a rehearing before the Industrial Accident Commission.

The facts are stated in the opinion of the court.

E. E. Neal, *in pro. per.*, for Petitioner.

THE COURT.—The petitioner in the above-entitled case seeks a writ of *certiorari* to review the proceedings wherein, on his application to the respondent above named for a rehearing, his petition was denied. It appears from the petition herein that the order denying the rehearing of which petitioner makes complaint was made and entered December 22, 1917. Section 67(a) of the Workmen's Compensation, Insurance and Safety Act of 1917 (Stats. 1917, p. 875) provides that "within thirty days after the application for a rehearing is denied, or, if the application is granted, within thirty days after the rendition of the decision on the rehearing, any party affected thereby may apply to the supreme court of this state, or to the district court of appeal of the appellate district in which such person resides, for a writ of *certiorari* or review, . . . for the purpose of having the lawfulness of the original order, rule, regulation, decision or

award, or the order, rule, regulation, decision or award on rehearing inquired into and determined.''

The petition was received at the office of the clerk of this court and was filed on January 24, 1918. The application for the writ comes too late and the writ is, therefore, denied.